UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Cathy L. Waldor, U.S.M.J. |
| v. | : Mag. No. 22-9280 |
| NYAN TERRY A/K/A/ "RACKS" <br> HYMEEN REYNOLDS A/K/A "MEEN" <br> CADECE LAPREAD <br> BRIAN BROWN A/K/A "BIZZ" <br> SAMIR JEFFERSON A/K/A "TANK JEFFE" <br> NASIR WILLIAMS A/K/A "HARLEM PETE" | : **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Sarah A. Sulkowski, Assistant United States Attorney, and Timothy P. Shaughnessy, Special Assistant United States Attorney), and Defendant Cadece Lapread (by Kevin Buchan, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and two prior continuances having been granted; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Both the United States and Defendant seek additional time to engage in plea negotiations to resolve this matter, which would render trial unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this _____ day of November, 2022;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including January 17, 2023; and it is further

**ORDERED** that the period from the date this Order is signed through and including January 17, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                        s/Cathy L. Waldor  11/17/22
                                        HONORABLE CATHY L. WALDOR
                                        United States Magistrate Judge

Form and entry consented to:

_/s/ K. A. Buchan_____

Kevin Buchan, Esq.
Counsel for Defendant

_____

Timothy P. Shaughnessy
Special Assistant United States Attorney